UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80734-CIV-RYSKAMP/VITUNAC

EMERGING VISION, INC., a New York
corporation, and COMBINED BUYING
GROUP, INC., a New York corporation,

    Plaintiffs,

vs.

NEIL GLACHMAN, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court pursuant to the June 29, 2010 **[DE 8]** Report and Recommendation of United States Magistrate Judge Barry S. Seltzer. No objections have been filed. The Court has reviewed the Report and Recommendation and has conducted a *de novo* review of the underlying record. It is hereby

ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED, AFFIRMED and APPROVED. Plaintiffs' Motion for Temporary Restraining Order, filed June 22, 2010 **[DE 5]** is DENIED.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 10th day of August, 2010.

                                          S/Kenneth L. Ryskamp
                                          KENNETH L. RYSKAMP
                                          UNITED STATES DISTRICT JUDGE